J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE<br><br>CASEY ALDEN JENSON<br>MARCI MCKAY JENSON<br><br>Debtor (s) | Case No. 09-28682 RKM<br>Chapter 7<br><br>NOTICE OF PAYMENT OF<br>FUNDS INTO THE REGISTRY |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On September 20, 2010, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained three (3) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437661429.

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 3 |
| Claimant: | Questar Gas Company<br>Bankruptcy Dept. DNR 244<br>1140 West 200 South<br>PO Box 3194<br>Salt Lake City, UT 84110-3194 |
| Claim Amount: | $168.76 |
| Distribution: | $4.42 |
| Claim No.: | 4 |
| Claimant: | Rocky Mountain Power<br>Attn: Bankruptcy<br>PO Box 25308<br>Salt Lake City, UT 84125 |
| Claim Amount: | $112.81 |
| Distribution: | $2.95 |
| Claim No.: | 8 |
| Claimant: | Alltel<br>Bankruptcy Dept.<br>1 Allied Drive<br>Little Rock, AR 72202 |
| Claim Amount: | $168.98 |
| Distribution: | $4.43 |

5. Checks in the amounts of $4.42, $2.95 and $4.43 representing the foregoing claims have been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and are enclosed herein.

DATED: 9-23-2010

_____
J. Kevin Bird, Trustee

# CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 24th day of September, 2010:

QUESTAR GAS COMPANY
BANKRUPTCY DEPT. DNR 244
1140 WEST 200 SOUTH
PO BOX 3194
SALT LAKE CITY, UT 84110-3194

ROCKY MOUNTAIN POWER
ATTN: BANKRUPTCY
PO BOX 25308
SALT LAKE CITY, UT 84125

ALLTEL
BANKRUPTCY DEPT.
1 ALLIED DRIVE
LITTLE ROCK, AR 72202

*Melanie Valderrama*